44 So.2d 28
|Quinn CAPERS v. Iolanthe E. SIDNEY.
7 Div. I.

Supreme Court of Alabama.
Jan. 12, 1950.

Gordon T. Welch, of Talladega, for appellant.

C. W. Stringer, of Talladega, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

44 So.2d 28
CITY OF BIRMINGHAM et al. v. W. C. ALLEN.
6 Div. 908.

Supreme Court of Alabama.
Dec. 1, 1949.

Graham, Bibb, Wingo & Foster, of Birmingham, for appellants.

Gibson & Hewitt, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed.

46 So.2d 856
CITY OF MONTGOMERY v. Joyce JONES, pro ami.
3 Div. 567.

Supreme Court of Alabama.
May 16, 1950.

Rushton, Stakely & Johnston, Jas. Garrett and J. M. Williams, Jr., all of Montgomery, for appellant.

Hill, Hill, Whiting & Harris and Miles S. Hall, of Montgomery, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

46 So.2d 856
COOPERATIVE LIFE & HOSPITAL INSURANCE CO., Inc., et al. v. J. H. HUGHES.
6 Div. 857.

Supreme Court of Alabama.
April 27, 1950.

Drennen & Drennen, of Birmingham, for appellants.

H. L. Anderton, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.